1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Pamela Koussa

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 PAMELA KOUSSA,                         ) Case No.  3:14-CV-02954-EMC
                                          )
12           Plaintiff,                   )
                                          ) **PROOF OF SERVICE OF SUMMONS AS**
13     vs.                                ) **TO DEFENDANT WILBERT JACKSON**
                                          )
14 WILBERT JACKSON, et al,                )
                                          )
15           Defendants.                  )
                                          )
16                                        )

*Koussa v. Jackson, et al.*
Proof of Service

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: C 14 2954 EMC

Plaintiff:
**Koussa, Pamela**

vs.

Defendant:
**Jackson, Wilbert, et. al.**

For:
Tanya Levinson Moore, Esq.
Moore Law Firm, PC
332 N Second St
San Jose, CA  95112

Received by County Process Service, Inc. on the 3rd day of July, 2014 at 9:21 am to be served on **Wilbert Jackson, 1690 W Texas St, Fairfield, CA 94533**.

I, Michael E. Kandefer, do hereby affirm that on the **10th day of July, 2014** at **5:23 pm, I:**

Served a true copy of the, **Summons; First Amended Complaint; Civil Cover Sheet; Scheduling Order for Cases Asserting Denial of Right to Access; Case Assigned to District Judge Edward M. Chen; Civil Standing Order - General; Civil Standing Order - Discovery; Standing Order for All Judges CAND; Civil Pretrial Instructions; Guidelines for Trial in Civil Cases; Notice of Availability of Magistrate Judge; Consenting to a Magistrate Judge; Consenting to a Magistrate Jurisdiction; Filing Procedures; ECF Registration Information; Notice of Availability of Magistrate Judge; Notice of Stay of Proceedings & Early Evaluation Conference; Notice to Defendant; Notice of Mandatory Evaluation Conference; Defendant's Application for Stay and Early Evaluation Conference; State Law Requires That You Require This Important Advisory Information for Building Owners and Tenants; Advisory Notice to Defendant**, on the listed individual in said action by hand delivering true copies thereof to the following ;
**Wilbert Jackson, 1690 W Texas Street, Fairfield, CA 94533,**
 by sub serving;  **Raj Doe / Apparently in Charge**

After substituted service under section CCP415.20(a) or 415.20(b) or FRCP4(e)(2)(B) or FRCP 4(h)(1)(B) or FRCIVP 4(d)(1) I mailed copies of the**Summons; First Amended Complaint; Civil Cover Sheet; Scheduling Order for Cases Asserting Denial of Right to Access; Case Assigned to District Judge Edward M. Chen; Civil Standing Order - General; Civil Standing Order - Discovery; Standing Order for All Judges CAND; Civil Pretrial Instructions; Guidelines for Trial in Civil Cases; Notice of Availability of Magistrate Judge; Consenting to a Magistrate Judge; Consenting to a Magistrate Jurisdiction; Filing Procedures; ECF Registration Information; Notice of Availability of Magistrate Judge; Notice of Stay of Proceedings & Early Evaluation Conference; Notice to Defendant; Notice of Mandatory Evaluation Conference; Defendant's Application for Stay and Early Evaluation Conference; State Law Requires That You Require This Important Advisory Information for Building Owners and Tenants; Advisory Notice to Defendant** by enclosing them in a sealed envelope with postage fully prepaid on **7/11/2014**, From **San Jose , California** and **placing** the envelope for collection and **Mailing** following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing **correspondence for mailing**.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with **United States Postal Service**.  The **envelope was addressed and mailed** as follows
**Wilbert Jackson
1690 W Texas Street, Fairfield, CA 94533**

**Additional Information pertaining to this Service:**
An additional mailing was made to the Defendants home address - Wilbert Jackson, 2530 Mankas Corner Rd, Fairfield, CA 94534 on 7/11/14 from San Jose, CA.

## RETURN OF SERVICE for C 14 2954 EMC

**Description** of Person Served:  Age: 40,  Sex: m,  Race/Skin Color: i,  Height: 5-10,  Weight: 180,  Hair: blk,  Glasses: n

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the State of California, County of Santa Clara.

_____

**Michael E. Kandefer**
1452

*Michael Kandefer*
Santa Clara County #1452

**County Process Service, Inc.**
**31 E. Julian Street**
**San Jose, CA 95112**
**(408) 297-6070**

Our Job Serial Number: COP-2014008020

Service Fee: $70.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Tanya Levinson Moore, Esq. (SBN 206683)<br>Moore Law Firm, PC<br>332 N Second St<br>San Jose, CA 95112<br><br>TELEPHONE NO.: (408) 298-2000<br><br>ATTORNEY FOR: Plaintiff | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, COUNTY OF NORTHERN<br>    BRANCH NAME: Northen District Of California | |
| PLAINTIFF: Koussa, Pamela<br>DEFENDANT: Jackson, Wilbert, et. al. | CASE NUMBER:<br>C 14 2954 EMC |
| **DECLARATION OF DUE DILIGENCE** | Ref. No. or File No.: |

1. I, Michael E. Kandefer, am at least 18 years of age and not a party to this action.

2. Documents to be served:

   Summons; First Amended Complaint; Civil Cover Sheet; Scheduling Order for Cases Asserting Denial of Right to Access; Case Assigned to District Judge Edward M. Chen; Civil Standing Order - General; Civil Standing Order - Discovery; Standing Order for All Judges CAND; Civil Pretrial Instructions; Guidelines for Trial in Civil Cases; Notice of Availability of Magistrate Judge; Consenting to a Magistrate Judge; Consenting to a Magistrate Jurisdiction; Filing Procedures; ECF Registration Information; Notice of Availability of Magistrate Judge; Notice of Stay of Proceedings & Early Evaluation Conference; Notice to Defendant; Notice of Mandatory Evaluation Conference; Defendant's Application for Stay and Early Evaluation Conference; State Law Requires That You Require This Important Advisory Information for Building Owners and Tenants; Advisory Notice to Defendant

3. Party to be served:

   Wilbert Jackson, 1690 W Texas St, Fairfield, CA 94533

4. Details of diligence:

   07/07/2014  1:25 pm  Attempted Service - Not in.
   07/08/2014 11:45 am  Attempted Service - Not in.
   07/09/2014  1:45 pm  Attempted Service - Not in.
   07/10/2014  5:23 pm  Attempted Service - I was informed the defendant was not in. I subserved
                         a coworker and person apparently in charge Raj Doe, 1690 W Texas Street,
                         Fairfield, CA 94533

5. Person attesting to diligence:

   **Name:** Michael E. Kandefer
   **Firm:** County Process Service, Inc.
   **Address:** 31 E. Julian Street, San Jose, CA 95112
   **Telephone number:** (408) 297-6070
   **I am a registered California process server:** employee
   **Registration No.:** 1452
   **County:** Santa Clara

   The fee for the service was: $70.00

| PLAINTIFF: Koussa, Pamela | CASE NUMBER: |
|---|---|
| DEFENDANT: Jackson, Wilbert, et. al. | C 14 2954 EMC |

6.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __7-15-14__    <u>Michael Kandefer</u>
                    Santa Clara County #1452

| Michael E. Kandefer | ▶ /s/ |
|---|---|
| (PRINTED NAME) | (SIGNATURE) |