1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Pamela Koussa

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA, | Case No. 3:14-CV-02954-EMC |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| WILBERT JACKSON, et al, | |
| Defendants. | |

*Koussa v. Jackson, et al.*
Proof of Service

**PROOF OF SERVICE**

I am, and was at the time of service hereinafter mentioned, a citizen of the United States and a resident of the County of Santa Clara. I am over the age of 18 years and not a party to the within action; my business address is 332 North Second Street, San Jose, California, 95112.

On August 11, 2014, I served the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** for N.D. Cal. Case No. 3:14-cv-02954-EMC on the party(s) below as follows:

| | |
|---|---|
| Zachary Best, Esq.<br>CORFEE, STONE, & ASSOCIATES<br>P.O. Box 1098<br>Carmichael, CA  95609 | Charles Coy<br>1690 W. Texas Street<br>Fairfield, CA  94533 |
| Wilbert Jackson<br>1690 W. Texas Street<br>Fairfield, CA  94533 | Riaz –Aden, Inc.<br>Dba Little Caesar Pizza<br>Agent for Service: Siraj A. Adenwala<br>1783 Portsmouth Ct.<br>Fairfield, CA  94534<br>1690 W. Texas Street<br>Fairfield, CA  94533 |

Following is the procedure in which service of this document was effected:

**U.S. POSTAL SERVICE** – I placed a copy of said document in a sealed envelope addressed to the party(s) at the address(es) listed above, with postage fully prepaid, for collection and deposit in the United States mail at Moore Law Firm, P.C., 332 N. Second Street, San Jose, CA  95112. I am familiar with the practice of Moore Law Firm, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document would have been picked up from our offices by the U.S. Postal Service courier on the same day on which it was placed at Moore Law Firm, P.C. for pickup.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3
4  Dated:  August 11, 2014                                               */s/  David Guthrie*
                                                                                                   David Guthrie